FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DANNY WAYNE BLACK,

        Petitioner,

v.

R. KIRKLAND, WARDEN,

        Respondent.

NO. CV 05-7139 GW (FFM)

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge *with certain non-substantive modifications noted in the text.*

    IT THEREFORE IS ORDERED that judgment be entered denying the Petition on the merits with prejudice.

DATED: *July 8, 2009*

GEORGE H. WU
United States District Judge