FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DANNY WAYNE BLACK,                    )   NO. CV 05-7139 GW (FFM)
                                      )
                    Petitioner,       )
                                      )   JUDGMENT
        v.                            )
                                      )
R. KIRKLAND, WARDEN,                  )
                                      )
                    Respondent.       )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 8, 2009

_____
GEORGE H. WU
United States District Judge